# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

98

CA 12-00849

PRESENT: SCUDDER, P.J., FAHEY, LINDLEY, VALENTINO, AND MARTOCHE, JJ.

---

MELODY BARROWS AND TIMOTHY BARROWS,
PLAINTIFFS-APPELLANTS,

V                                                                ORDER

PETER CATALANO AND ALEXANDER & CATALANO, LLC,
DEFENDANTS-RESPONDENTS.

---

WILLIAMS & RUDDEROW, PLLC, SYRACUSE (S. ROBERT WILLIAMS OF COUNSEL),
FOR PLAINTIFFS-APPELLANTS.

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (MICHELLE M. DAVOLI OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (John
C. Cherundolo, A.J.), entered January 27, 2012. The order granted
defendants' motion for summary judgment dismissing plaintiffs'
complaint.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered: February 1, 2013                          Frances E. Cafarell
                                                   Clerk of the Court